1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTIAAN H. HIGHSMITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

                IN THE UNITED STATES DISTRICT COURT
9
                EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,            CASE NO.  2:13-MJ-0192 EFB

12                         Plaintiff,     STIPULATION AND [PROPOSED] ORDER FOR
                                          EXTENSION OF TIME FOR PRELIMINARY
13              v.                        HEARING PURSUANT TO RULE 5.1(d) AND
                                          EXCLUSION OF TIME
14  ERNIE JUAREZ
                                          DATE: August 20, 2015
15                         Defendant.     TIME: 2:00 p.m.
                                          COURT: Hon. Edmund F. Brennan
16

17       Plaintiff United States of America, by and through its attorney of record, Assistant United States

18  Attorney CHRISTIAAN H. HIGHSMITH, and defendant ERNIE JUAREZ, both individually and by

19  and through his counsel of record, BENJAMIN GALLOWAY, hereby stipulate as follows:

20       1.    The Complaint in this case was filed on June 19, 2013, and the defendant first appeared

21  before a judicial officer of the Court in this case on June 11, 2015.  In the interim, the defendant was in

22  state custody serving a sentence on a separate matter based on underlying facts separate from this case.

23  At the Court's June 11, 2015, hearing, the Court set a preliminary hearing date of June 25, 2015.

24       2.    Following a joint stipulation signed by the parties, filed on June 16, 2015, the Court

25  signed an order setting the preliminary hearing date for August 6, 2015.  *See* Order, June 17, 2015 (ECF

26  No. 7).

27       3.    The parties filed another joint stipulation on August 5, 2015, seeking to continue the

28  preliminary hearing to August 20, 2015, which the Court signed.  *See* Order, August 6, 2015 (ECF No.

STIPULATION AND [PROPOSED] ORDER                    1

9).

4.     By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to September 8, 2015, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, for the government's continuing investigation of the case, and for the parties to continue to evaluate the evidence as they discuss a potential pre-indictment resolution of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

5.     The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between August 20, 2015, and September 8, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  August 19, 2015                          BENJAMIN B. WAGNER
                                                 United States Attorney


                                                 /s/ CHRISTIAAN H.
                                                 HIGHSMITH
                                                 CHRISTIAAN H. HIGHSMITH
                                                 Assistant United States Attorney


Dated:  August 19, 2015                          /s/ BENJAMIN GALLOWAY
                                                 BENJAMIN GALLOWAY
                                                 Counsel for Defendant
                                                 Ernie Juarez


### [~~PROPOSED~~] FINDINGS AND ORDER


The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on August 19, 2015.

The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to September 8, at 2:00 p.m.

2. The time between August 20, 2015, and September 8, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.


IT IS SO ORDERED.

Dated:  August 19, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE