HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Ben_D_Galloway@fd.org

Attorney for Defendant
ERNIE JUAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ERNIE JUAREZ,<br><br>　　　　Defendant. | Case № 2:15-cr-201 JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:　　January 12, 2016<br>TIME:　　9:15a.m.<br>JUDGE:　Hon. John A. Mendez |

　　　IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Christiaan Highsmith Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorney for Ernie Juarez, that the status conference scheduled for January 12, 2016, be vacated and continued to February 23, 2016 at 9:15 a.m.

　　　Mr. Juarez made his initial appearance in federal court in June of 2015 following his completion of a state court sentence.  The parties are now working toward a negotiated resolution of this matter, and are optimistic that an agreement will be reached in the near future.  Defense counsel requires additional time to review discovery with the defendant and pursue investigation for that purpose.

　　　Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including February 23, 2016,  pursuant to 18 U.S.C.

1  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4
2  based upon continuity of counsel and defense preparation.
3  DATED: January 8, 2016                    Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

                                              */s/ Benjamin D. Galloway*
                                              BENJAMIN D. GALLOWAY
                                              Assistant Federal Defender
                                              Attorney for ERNIE JUAREZ

9  DATED: January 8, 2016                    BENJAMIN B. WAGNER
                                              United States Attorney

                                              */s/ Christiaan Highsmith*
                                              CHRISTIAAN HIGHSMITH
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

Stipulation to Continue                   -2-

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including February 23, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the January 12, 2016 status conference shall be continued until February 23, 2016, at 9:15 a.m.

Dated: January 8, 2016

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge