HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Ben_D_Galloway@fd.org

Attorney for Defendant
ERNIE JUAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ERNIE JUAREZ,<br><br>         Defendant. | Case № 2:15-cr-201 JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:     February 23, 2016<br>TIME:      9:15a.m.<br>JUDGE:   Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Christiaan Highsmith Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorney for Ernie Juarez, that the status conference scheduled for February 23, 2016, be vacated and continued to March 15, 2016 at 9:15 a.m.

The reasons for the continuance are that the government has provided the defense with a proposed plea agreement.  Undersigned defense counsel needs time to review the agreement, conduct additional research and investigation based thereon, and advise the defendant.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including March 15, 2016,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

| | | |
|---|---|---|
| 1 | DATED: February 18, 2016 | Respectfully submitted, |
| 2 | | |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | |
| 5 | | */s/ Benjamin D. Galloway*<br>BENJAMIN D. GALLOWAY |
| 6 | | Assistant Federal Defender<br>Attorney for ERNIE JUAREZ |
| 7 | DATED: February 18, 2016 | BENJAMIN B. WAGNER<br>United States Attorney |
| 8 | | |
| 9 | | */s/ Christiaan Highsmith*<br>CHRISTIAAN HIGHSMITH |
| 10 | | Assistant U.S. Attorney<br>Attorney for Plaintiff |

Stipulation to Continue               -2-

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 15, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the February 23, 2016 status conference shall be continued until March 15, 2016, at 9:15 a.m.

Dated: February 18, 2016     /s/ John A. Mendez
                              Hon. John A. Mendez
                              United States District Court Judge